DEUTSCHE BANK NATIONAL TRUST COMPANY, trustee of Securitized Asset Backed Receivables LLC Trust 2007-NC2 Mortgage-Pass Through Certificates, Series 2007-NC2, Plaintiff-Appellant,

v.

Kenneth MCLEOD; Carol McLeod, Husband and Wife; Circle G at Rigg's Homestead Ranch Homeowners Association; Unknown Parties, Defendants-Appellees.

No. 14-17527

United States Court of Appeals, Ninth Circuit.

Submission Deferred November 15, 2016

Resubmitted June 28, 2017 * San Francisco, California

Filed June 28, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R. App. P. 34(a)(2).

Robert W. Norman, Jr., Attorney, Houser & Allison, APC, Irvine, CA, for Plaintiff-Appellant

Beth Findsen, Esquire, Johnson, Findsen & Kinney, PLLC, Scottsdale, AZ, for Defendants-Appellees·

Before: LUCERO,** GRABER, and HURWITZ, Circuit Judges.

MEMORANDUM ***

Deutsche Bank National Trust Co. initiated judicial foreclosure proceedings against Kenneth and Carol McLeod after they defaulted on a $771,000 home loan. Because the McLeods had obtained a default judgment against Deutsche Bank in separate state court proceedings, the district court dismissed Deutsche Bank's complaint as barred by res judicata and the *Rooker-Feldman* doctrine "without prejudice to seeking relief from the Default Judgment from the state court."

The Arizona Court of Appeals has now concluded that the default judgment was void *ab initio. McLeod v. Deutsche Bank Nat'l Tr. Co.*, No. 1 CA-CV 15-0504, 2017 WL 2189498, at *4-5 ¶¶ 20-21, 26 (Ariz. Ct. App. May 18, 2017) (unpublished). We therefore vacate the district court's judgment and remand for further proceedings in light of the decision of the state court.

** The Honorable Carlos F. Lucero, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Each party is to bear its own costs on appeal.

**VACATED AND REMANDED.**